Herman M. Silverstein, Appellant, v. Berkshire Life Insurance Company, Appellee.

Berkshire Life Insurance Company, Appellee, v. Jackson Realty and Management Corporation et al., Appellants.

Gen. Nos. 43,617 to 43,631.

O'CONNOR, J., concurring in result.

opinion filed March 11, 1946; released for publication March 25, 1946. Myer N. Rosengard, for appellants; McDonald & Richmond and Edwin Terwilliger, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.